EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao en causa por infracción a la Ley de Arbitrios.

No. 1587.—Resuelto eu enero 31, 1921, por los fundamentos del caso No. 1586, *El Pueblo v. Miranda,* de enero 31, 1921.

*Confirmada la sentencia.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey.y Hutchison.